| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 120 |
|---|---|---|---|---|---|
| ZVJ | 022299 | 102315 | | 0000030005 | 1 |

## Earnings Statement 

FILED
February 23, 2020
Clerk, U.S. Bankruptcy Court
Wilkes-Barre, PA

*APEO, LLC*
*281 SANDERS CREEK PARKWAY*
*EAST SYRACUSE, NY 13057*

Period Beginning: 12/29/2019
Period Ending: 01/11/2020
Pay Date: 01/17/2020

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 2
   PA: N/A

**ELISA MICHELLE EMANUEL**
**1290 BUCKWHEAT ROAD**
**MILLERSTOWN PA 17062**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.9915 | 66.47 | 1,195.90 | 1,915.56 |
| Holiday | 17.9915 | 8.00 | 143.93 | 287.86 |
| Overtime | | | | 80.15 |
| Co-Effic Ot | | | | 0.37 |
| Contest Bonus | | | | 50.00 |
| Vacation | | | | 575.73 |
| **Gross Pay** | | | **$1,339.83** | 2,909.67 |

**Net Check**     **$0.00**

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,218.94

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -81.45 | 195.57 |
| | Social Security Tax | -78.06 | 170.39 |
| | Medicare Tax | -18.26 | 39.85 |
| | PA State Income Tax | -38.65 | 84.37 |
| | Monroe Twp Local Svc Tax | -2.00 | 4.00 |
| | Tuscarora Tw Income Tax | -22.04 | 48.10 |
| | PA SUI/SDI Tax | -0.81 | 1.75 |
| | **Other** | | |
| | Medical Pretax | -77.04* | 154.08 |
| | Orthodontics | -76.83 | 153.66 |
| | Short Term Dis | -4.40 | 8.80 |
| | Vision Pretax | -3.65* | 7.30 |
| | 401(K) | -40.20* | 87.30 |
| | 401(K) Loan A | -23.81 | 47.62 |
| | 401K At Roth | -53.60 | 116.39 |
| | **Net Pay** | **$819.03** | |
| | Checking 1 | -819.03 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Balance Sic/Per | 24.00 | |
| 401K Ee | 93.80 | 203.69 |
| 401K Elig Earns | 1,339.83 | |
| 401K Er Match | -1.44 | 116.38 |
| Total Work Hrs | 66.47 | |
| Balance Vacatn | | 160.00 |

© 2000 ADP, LLC

*APEO, LLC*
*281 SANDERS CREEK PARKWAY*
*EAST SYRACUSE, NY 13057*

**Advice number:** 00000030005
**Pay date:** 01/17/2020

THIS IS NOT A CHECK

**Deposited to the account of**     account number     transit ABA     amount
**ELISA MICHELLE EMANUEL**     xxxxx0444     xxxx xxxx     $819.03

**NON-NEGOTIABLE**

Case 1:20-bk-00403-HWV    Doc 15    Filed 02/23/20    Entered 02/24/20 09:13:25    Desc
Main Document     Page 1 of 3

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 120 |
|---|---|---|---|---|---|
| ZVJ | 022299 | 102315 | | 0000010008 | 1 |

## Earnings Statement 

Period Beginning: 12/15/2019  
Period Ending: 12/28/2019  
Pay Date: 01/03/2020

*APEO, LLC*  
*281 SANDERS CREEK PARKWAY*  
*EAST SYRACUSE, NY 13057*

Taxable Marital Status: Single  
Exemptions/Allowances:  
  Federal: 2  
  PA: N/A

**ELISA MICHELLE EMANUEL**  
**1290 BUCKWHEAT ROAD**  
**MILLERSTOWN PA 17062**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.9915 | 40.00 | 719.66 | 719.66 |
| Overtime | 26.9872 | 2.97 | 80.15 | 80.15 |
| Co-Effic Ot | | | 0.37 | 0.37 |
| Holiday | 17.9915 | 8.00 | 143.93 | 143.93 |
| Vacation | 17.9915 | 32.00 | 575.73 | 575.73 |
| **Gross Pay** | | | **$1,519.84** | 1,519.84 |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are $1,393.55

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -103.45 | 103.45 |
| | Social Security Tax | -89.23 | 89.23 |
| | Medicare Tax | -20.87 | 20.87 |
| | PA State Income Tax | -44.18 | 44.18 |
| | Monroe Twp Local Svc Tax | -2.00 | 2.00 |
| | Tuscarora Tw Income Tax | -25.18 | 25.18 |
| | PA SUI/SDI Tax | -0.91 | 0.91 |
| | **Other** | | |
| | Medical Pretax | -77.04* | 77.04 |
| | Orthodontics | -76.83 | 76.83 |
| | Short Term Dis | -4.40 | 4.40 |
| | Vision Pretax | -3.65* | 3.65 |
| | 401(K) | -45.60* | 45.60 |
| | 401(K) Loan A | -23.81 | 23.81 |
| | 401K At Roth | -60.79 | 60.79 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Balance Sic/Per | 0.00 | |
| 401K Ee | 106.39 | 106.39 |
| 401K Elig Earns | 1,519.84 | |
| 401K Er Match | 115.82 | 115.82 |
| Total Work Hrs | 42.97 | |

| **Net Pay** | **$941.90** | |
|---|---|---|
| Checking 1 | -941.90 | |
| **Net Check** | **$0.00** | |

---

*APEO, LLC*  
*281 SANDERS CREEK PARKWAY*  
*EAST SYRACUSE, NY 13057*

**Advice number:** 00000010008  
**Pay date:** 01/03/2020

**Deposited to the account of**  
**ELISA MICHELLE EMANUEL**

| account number | transit ABA | amount |
|---|---|---|
| xxxxx0444 | xxxx xxxx | $941.90 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

© 2000 ADP, LLC

# Cindy Boyle

**From:** pambml_automation@pamb.uscourts.gov on behalf of PAMB <rick_thompson@pamb.uscourts.gov>
**Sent:** Sunday, February 23, 2020 11:33 AM
**To:** PAMBml_fax
**Subject:** EDSS filing from Elisa Emanuel  for   on Sunday, February 23, 2020 - 11:33

Submitted on Sunday, February 23, 2020 - 11:33 Submitted by user: Anonymous Submitted values are:

Filer's Name: Elisa Emanuel
Debtor's name (if different):
Filer's EMail Address: elisa_29@hotmail.com Filer's Phone Number: Elisa_29@hotmail.com Case number (if known):
  ==Documents==
   Document (PDF format only)*:

http://www.pamb.uscourts.gov/sites/default/files/webform/edss/JVZooo005000300000r021F18E0A43F521.pdf
    Document description: Paystub 1
     ==More Documents==
      Document 2 (PDF format only)*:

http://www.pamb.uscourts.gov/sites/default/files/webform/edss/JVZooo008000100000r021B1E89132D521.pdf
      Document 2 description: Paystub 2
      Document 3 (PDF format only)*:
      Document 3 description:
      Document 4 (PDF format only)*:
      Document 4 description:
      Document 5 (PDF format only)*:
      Document 5 description:

By entering my name in the box below, I affirm that I am intending to sign this form with my signature and consent to use this electronic form.: Elisa Emanuel

1
Case 1:20-bk-00403-HWV    Doc 15    Filed 02/23/20    Entered 02/24/20 09:13:25    Desc
Main Document    Page 3 of 3