Certificate Number: 17082-PAM-DE-034418752

Bankruptcy Case Number: 20-00403



17082-PAM-DE-034418752

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 5, 2020</u>, at <u>8:47</u> o'clock <u>AM MST</u>, <u>ELISA M EMANUEL</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>May 5, 2020</u>　　　By: <u>/s/Orsolya K Lazar</u>

　　　　　　　　　　　　　Name: <u>Orsolya K Lazar</u>

　　　　　　　　　　　　　Title: <u>Executive Director</u>