```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 20-00403-HWV
Elisa Michelle Emanuel                                              Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1         User: AutoDocke         Page 1 of 1            Date Rcvd: May 08, 2020
                             Form ID: 318            Total Noticed: 18
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2020.
db             +Elisa Michelle Emanuel,    1290 Buckwheat Road,    Millerstown, PA 17062-8871
5297916        +Bureau of Account Management,    3607 Rosemont Ave,    Camp Hill, Pa 17011-6904
5297920        +Home Point Financial,    4849 Greenville Ave,    Suite 800,    Dallas, Tx 75206-4191
5297923        +Midland Funding,    320 East Big Beaver Rd,    Troy, MI 48083-1271
5297924        +Millerstown Borough,    44 North High Street,    Millerstown, Pa 17062-9506
5297925         National Recovery Agency,    2492 Paxton Street,    Harrisburg, Pa 17111
5297930        +Zale Delaware Inc,    375 Ghent Rd,   SJ #5006051,    Akron, Oh 44333-4601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: PRA.COM May 08 2020 23:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5297918        +EDI: WFNNB.COM May 08 2020 23:43:00      Commenity Bank,    P.O. Box 182120,
                 Columbus, Oh 43218-2120
5297917        +EDI: WFNNB.COM May 08 2020 23:43:00      Commenity Bank,    P.O. Box 182789,
                 Columbus, Oh 43218-2789
5297919        +E-mail/Text: bknotice@ercbpo.com May 08 2020 19:51:12      Enhanced Recovery Co,
                 P.O. Box 57547,   Jacksonville, Fl 32241-7547
5297921         EDI: JPMORGANCHASE May 08 2020 23:43:00      JPMCB Auto Finance,    P.O. Box 901003,
                 Fort Worth, Tx 76101
5297922        +E-mail/Text: BKRMailOPS@weltman.com May 08 2020 19:51:01       Kay Jewelers,    375 Ghent Rd,
                 Akron, Oh 44333-4600
5297926         EDI: PRA.COM May 08 2020 23:43:00      Portfolio Recovery,    120 Corporate BL VD/suite 100,
                 Norfolk, Va 23502
5297927        +E-mail/Text: colleen.atkinson@rmscollect.com May 08 2020 19:51:23       Receivables Management,
                 1807 Huguenot Road,    Midlothian, Va 23113-5604
5297928        +E-mail/PDF: resurgentbknotifications@resurgent.com May 08 2020 19:59:29
                 Resurgent Cap Services,    P.O. Box 1269,    Greenville, Sc 29602-1269
5298470        +EDI: RMSC.COM May 08 2020 23:43:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
5297929         EDI: AISTMBL.COM May 08 2020 23:43:00      T-Mobile,    P.O. Box 53410,    Bellevue, Wa 98015
                                                                                               TOTAL: 11

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2020 at the address(es) listed below:
              James Warmbrodt   on behalf of Creditor    Home Point Financial Corporation
               bkgroup@kmllawgroup.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 3
```

| | | | |
|---|---|---|---|
| Debtor 1 | Elisa Michelle Emanuel<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–1346<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ | |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   \_ \_ \_ \_<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ | |
| United States Bankruptcy Court    Middle District of Pennsylvania | | | |
| Case number:    1:20–bk–00403–HWV | | | |

# Order of Discharge                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Elisa Michelle Emanuel

**By the court:**    *[signature]*

5/8/20

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**