```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 20-00403-HWV
Elisa Michelle Emanuel                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke        Page 1 of 1         Date Rcvd: May 08, 2020
                        Form ID: fnldec         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2020.
db     +Elisa Michelle Emanuel,   1290 Buckwheat Road,   Millerstown, PA 17062-8871

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2020 at the address(es) listed below:
      James Warmbrodt   on behalf of Creditor   Home Point Financial Corporation
       bkgroup@kmllawgroup.com
      Lawrence G. Frank (Trustee)   lawrencegfrank@gmail.com,  PA39@ecfcbis.com
      United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                     TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Elisa Michelle Emanuel,  Chapter 7

**Debtor 1**

Case No. 1:20–bk–00403–HWV

Social Security No.:
xxx–xx–1346

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Lawrence G. Frank (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: May 8, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

**fnldec** (05/18)